IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC. | § | |
| | § | |
| v. | § | Case No. 3:19-cv-03016-X |
| | § | |
| GRANT STINCHFIELD | § | |

# PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
# AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1(a) and LR 3.1, Plaintiff, Ackerman McQueen, Inc. ("AMc"), hereby files its Corporate Disclosure Statement and Certificate of Interested Persons.

1. AMc is a privately held corporation. No parent corporation or publicly held corporation owns 10% or more of AMc's stock.

2. AMc hereby identifies the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that AMc believes are financially interested in the outcome of the case:

   a. Ackerman McQueen, Inc.

   b. Grant Stinchfield

Dated: December 20, 2019.

          Respectfully submitted,

          */s/ Brian Vanderwoude*

          **Jay J. Madrid, Esq.**
          Texas Bar No. 12802000
          madrid.jay@dorsey.com
          **G. Michael Gruber, Esq.**
          Texas Bar No. 08555400
          gruber.mike@dorsey.com
          **J. Brian Vanderwoude, Esq.**
          Texas Bar No. 24047558
          vanderwoude.brian@dorsey.com
          **Brian E. Mason, Esq.**
          Texas Bar No. 24079906
          mason.brian@dorsey.com

          **DORSEY & WHITNEY LLP**
          300 Crescent Court, Suite 400
          Dallas, Texas 75201
          (214) 981-9900 Phone
          (214) 981-9901 Facsimile

          **ATTORNEYS FOR PLAINTIFF**
          **ACKERMAN MCQUEEN, INC.**