IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| GRANT STINCHFIELD, | § § | CIVIL ACTION NO. 3:19-CV-03016-X |
| Defendant. | § § § § § § § § | |

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant Grant Stinchfield ("Stinchfield") hereby files, through the undersigned counsel, his response in opposition to Plaintiff's motion for entry of protective order. Accompanying this response is a supporting brief. In that brief, Stinchfield contends that Plaintiff's proposed protective order should not be entered because Plaintiff has not shown that a protective order is needed in this case, and second Plaintiff's proposed protective order precludes Stinchfield's attorneys from reviewing pertinent documents and as a result causes Stinchfield substantial harm.

Stinchfield requests that the Court deny Plaintiff's motion, reject Plaintiff's proposed protective order, and grant Stinchfield all appropriate relief.

July16, 2020                           Respectfully submitted,

                                                      **BREWER STOREFRONT, PLLC**

                                                      By:/s/ *Ian Shaw*_____
                                                          Ian Shaw
                                                          State Bar No. 24117041
                                                          ins@brewerattorneys.com
                                                          1717 Main Street
                                                          Suite 5900
                                                          Dallas, Texas 75201
                                                          Telephone: (214) 653-4000
                                                          Facsimile: (214) 653-1015

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 16th day of July 2020.

                                                          */s/ Ian Shaw*_____
                                                          Ian Shaw