THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ACKERMAN MCQUEEN, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:19-CV-03016-X |
| § | |
| GRANT STINCHFIELD, § | |
| § | |
| Defendant. § | |
| § | |

## DEFENDANT GRANT STINCHFIELD'S 12(c) MOTION TO DISMISS PLAINTFF' S CLAIMS WITH PREJUDICE

Defendant Grant Stinchfield ("Stinchfield") hereby files, through the undersigned counsel, the instant 12(c) Motion to Dismiss Plaintiff's claims against him with prejudice. Accompanying this Motion is a supporting brief detailing Stinchfield's claims. In the supporting brief, Stinchfield explains that Plaintiff's claims are barred by litigation privilege as a matter of law and as a matter of public policy.

WHEREFORE, for good cause shown in the submissions filed with the Court, Stinchfield requests that the court dismiss Plaintiff's claims against him with prejudice and grant Stinchfield all appropriate remedies.

1

September 14, 2020                              Respectfully submitted,

                                                **BREWER STOREFRONT, PLLC**

                                                By:     */s/ Ian Shaw*_____
                                                      Ian Shaw
                                                      State Bar No. 24117041
                                                      ins@brewerattorneys.com
                                                      1717 Main Street
                                                      Suite 5900
                                                      Dallas, Texas 75201
                                                      Telephone: (214) 653-4000
                                                      Facsimile: (214) 653-1015


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 14th day of September 2020.


                                                */s/ Ian Shaw*_____
                                                Ian Shaw



4817-1897-6200, v. 1

2