IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-03016-X |
| GRANT STINCHFIELD, | § § § | |
| Defendant. | § | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Defendant Grant Stinchfield ("Stinchfield") hereby files, through the undersigned counsel, the instant response to Plaintiff's Motion to Compel. Accompanying this Motion is a supporting brief. In the supporting brief, Stinchfield sets forth AMc's disregard of the work product doctrine. In addition, the supporting brief sets forth that AMc has not met its burden to compel the documents it seeks.

WHEREFORE, for good cause shown in the submissions filed with the Court, Stinchfield request the following relief:

1. An order denying Plaintiff's motion to compel; and

2. An order awarding Defendant his reasonable attorneys' fees and costs for the reasons set forth in the brief pursuant to Fed. R. Civ. P. 37(a)(5).

1

October 13, 2020                                        Respectfully submitted,

                                                      **BREWER STOREFRONT, PLLC**

                                        By:   */s/ Ian Shaw*_____
                                                    Ian Shaw
                                                    State Bar No. 24117041
                                                    ins@brewerattorneys.com
                                                 1717 Main Street
                                                 Suite 5900
                                                 Dallas, Texas 75201
                                                 Telephone: (214) 653-4000
                                                 Facsimile: (214) 653-1015

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 13th day of October 2020.

                                                 */s/ Ian Shaw*_____
                                                 Ian Shaw