UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-03016-X |
| | § | |
| GRANT STINCHFIELD, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER EXTENDING DEADLINES

The parties filed a Joint Motion to Continue Discovery and Mediation Deadlines [Doc. No. 27]. The Court **GRANTS IN PART** the motion to extend deadlines. Deadlines are extended as follows:

- All discovery procedures shall be initiated in time to complete discovery by December 21, 2020.

- The parties shall mediate their case by January 4, 2021.

- All motions for summary judgment shall be filed by January 18, 2021.

- All challenges to experts—including motions to strike or exclude expert witnesses—shall be filed by January 18, 2021.

**IT IS SO ORDERED** this 16th day of October 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE