IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:19-CV-03016-X |
| GRANT STINCHFIELD, | § § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Alessandra Allegretto of the law firm Brewer, Attorneys & Counselors, 1717 Main Street, Suite 5900, Dallas, Texas 75201, hereby appears in this case as counsel for Non-Party The National Rifle Association of America. Counsel respectfully requests that all notices given or required to be given in this case by the Court and/or any other parties in interest in this case be served upon Brewer, Attorneys & Counselors at the address and telephone number set forth below.

Dated: October 20, 2020          Respectfully submitted,

         **BREWER, ATTORNEYS & COUNSELORS**

         By:    */s/ Alessandra Allegretto*
              Alessandra Allegretto
              State Bar No. 24109575
              apa@brewerattorneys.com
              1717 Main Street, Suite 5900
              Dallas, Texas 75201
              Telephone: (214) 653-4000
              Facsimile: (214) 653-1015

         **ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 20th day of October 2020.

         */s/ Alessandra Allegretto*
         Alessandra Allegretto