IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC. | § § | |
| v. | § § | Case No. 3:19-cv-03016-X |
| GRANT STINCHFIELD | § | |

## JOINT REPORT REGARDING STATUS OF SETTLEMENT NEGOTIATIONS

Plaintiff, Ackerman McQueen, Inc., and Defendant, Grant Stinchfield, being all the parties to this case, file their *Joint Report Regarding Status of Settlement Negotiations* in accordance with the Court's Scheduling Order.

To date, no meaningful settlement discussions have taken place. The parties have selected the Hon. Glen M. Ashworth (Ret.) to serve as mediator in this case and intend to mediate on or before January 4, 2021.

Dated: November 3, 2020.

Respectfully submitted,

/s/ Brian Vanderwoude
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com

**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR PLAINTIFF ACKERMAN MCQUEEN, INC.**

and

BREWER STOREFRONT, PLLC

/s/ Ian Shaw
Ian Shaw
State Bar No. 24117041
ins@breweratorneys.com
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**COUNSEL FOR DEFENDANT GRANT STINCHFIELD**

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ Brian Vanderwoude
J. Brian Vanderwoude