IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC. | § § | |
| v. | § § | Case No. 3:19-cv-03016-X |
| GRANT STINCHFIELD | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Ackerman McQueen, Inc., and Defendant, Grant Stinchfield, being all the parties to this case, hereby stipulate that this action be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request the Court to enter the Order of Dismissal with Prejudice submitted concurrently herewith and to grant the parties such other and further relief to which they may be entitled.

Dated: April 26, 2021.

        Respectfully submitted,

        */s/ Brian Vanderwoude*
        J. Brian Vanderwoude
        Texas Bar No. 24047558
        **DORSEY & WHITNEY LLP**
        300 Crescent Court, Suite 400
        Dallas, TX 75201
        (214) 981-9953 Phone
        (214) 981-9901 Facsimile
        vanderwoude.brian@dorsey.com

        **ATTORNEY FOR PLAINTIFF**
        **ACKERMAN MCQUEEN, INC.**

and

/s/ *John W. Stilwell*
John W. Stilwell
Texas Bar No. 19242800
john@stilwelldallas.com
6213 Chapel Hill Blvd., Suite B
Plano, Texas 75093
Telephone: (972) 403-7400
Facsimile: (972) 403-1100

**ATTORNEY FOR DEFENDANT**
**GRANT STINCHFIELD**

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ *J. Brian Vanderwoude*
J. Brian Vanderwoude