UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-03016-X |
| | § | |
| GRANT STINCHFIELD, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Having received the parties *Joint Stipulation of Dismissal with Prejudice* [Doc. No. 61], the Court hereby **DISMISSES** all claims by all parties **WITH PREJUDICE**. Each party will bear their own costs, expenses, and attorney's fees.

**IT IS SO ORDERED** this 5th day of May, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1